# United States District Court

**SOUTHERN** DISTRICT OF **OHIO**

UNITED STATES OF AMERICA

V.

**DELOVE KOFI AMUZU,**

NOTICE

CASE NUMBER: **1:22-cr-10**
**(M.J. Litkovitz)**

**TYPE OF CASE**

☐ CIVIL     ☒ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | **Video-conferencing** |
| | **DATE AND TIME**<br>1/27/2022 at 1:30 PM |

**Initial Appearance Hearing before the Honorable Stephanie K. Bowman, U.S. Magistrate Judge**

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESET TO, DATE AND TIME |
|---|---|---|
| **Potter Stewart U.S. Courthouse**<br>**100 East Fifth Street**<br>**Cincinnati, Ohio 45202** | | |

**January 20, 2022**
Date

**RICHARD W. NAGEL**
U.S. Magistrate or Clerk of Court

   **s/Arthur Hill**
**(BY) DEPUTY CLERK**

To: Cincinnati, AFPD

    CC: U.S. Pretrial Services
    U.S. Probation
    U.S. Marshal's Office
    U.S. Attorney's Office (Julie Garcia, AUSA)

**NOTE: It is the responsibility of Counsel to notify their clients.**