UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
DELOVE KOFI AMUZU
    Defendant.

Case No. 1:22-cr-00010

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

Courtroom Deputy: **Kevin Moser**
Court Reporter: CourtSmart (Session ID # _1839_ )
United States Attorney: Julie Garcia
Defendant Attorney: Karen Savir (FPD)          Interpreter: N/A
Date/Time: 1/27/22 @ 1:30 p.m.

☐ By telephone  ☒ By videoconferencing  ☒ Deft (does)/does not consent to proceed
*Initial Appearance:* ☐ Complaint; ☒ Indictment; ☐ Information; ☐ petition for supervised release ☐ Rule 5(c)/32.1 Proceedings
☒ Counsel present          ☐ *Superseding Indictment*                    ☐ *Pretrial Release Violation*
☒ Defendant informed of charges and potential penalties ☐ Defendant informed of nature of supervised release violation(s)
☒ Defendant informed of his / her rights  ☒ Defendant provided copy of charging document ☐ copy provided to counsel (if sealed)
☐ Government moves for defendant to be detained pending detention hearing _____
\* ☒ Financial affidavit presented to the Court/Defendant  ☒ Defendant informed of right to consulate notification (if applicable)
☒ Counsel appointed ☒ FPD  ☐ CJA  ☐ Charging document unsealed upon oral motion of the United States
☒ Government informed of requirements of Fed. R. Crim. P. 5(f)      ☐ Defendant did not contest detention at this time
*Detention:* ☐ Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____                    ☐ Detention is moot-active parole/probation detainer
Defendant Witness _____                    ☐ Detention is moot - serving state sentence
                                                    ☐ Home Incarceration
☒ OR  ☐ Secured with _____  ☐ Electronic Monitor  ☐ Other  ☐ Home Detention  ☐ Curfew
BOND CONT'D AS SET IN THE S.D. OF NY   ☐ Location Monitoring  ☐ GPS  ☐ RF  ☐ Stand Alone
*Special Conditions of Release:* ☐ Pretrial/Probation Supervision ☐ Drug testing & Treatment ☐ maintain employment & verify
☐ refrain from all/excessive alcohol ☐ narcotic drugs unless prescribed ☐ use/possession of firearms ☐ Travel Restricted to
☐ no contact with any potential victim or witness, to include co-defendants ☐ resolve all outstanding warrants ☐ Surrender Passport
                                        ☐ Do not obtain passport        ☐ Mental Health Eval/Treatment
_____

*Pretrial Bond Violation Hearing*:
☐ bond revoked - defendant detained pending trial ☐ bond continued ☐ bond modified: _____

Preliminary Exam Hearing set _____
*Preliminary Exam:* ☐ Probable Cause found; ☐ not found; ☐ waived; ☐ bond continued/denied
AUSA Witnesses: _____          Defendant Witnesses: _____

AUSA Exhibits: _____           Defendant Exhibits: _____

*Arraignment on* ☒ Indictment  ☐ *Superseding Indictment*  ☐ *Second Superseding Indictment*
Defendant waives reading ☒              Defendant pleads: ☐ GUILTY  ☒ NOT GUILTY
☐ PSI ordered                           ☐ Sentencing set for _____
☒ Case to proceed before **JUDGE BLACK**

*Removal Hearing (Rule 5c or Rule 32.1):*
☐ Defendant waives Identity Hearing        ☐ Defendant waives Detention Hearing in this district
☐ Defendant waives Preliminary Hearing in this district
☐ Commitment to Another District Ordered   ☐ Removed to _____
☐ Probable Cause Found
                                           ☐ Defendant to voluntarily report to charging district no later than _____

Remarks:
\*FINANCIAL AFFIDAVIT PREVIOUSLY COMPLETED IN S.D. OF NY