# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**UNITED STATES OF AMERICA**

Case No.   1:22-cr-00010

v.

**DELOVE KOFI AMUZU**

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER/CJA PANEL ATTORNEY

Because the above named Defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel; and (2) does not wish to waive counsel, and because in the interests of justice so require, it is

**ORDERED** that the Federal Public Defender or a CJA Panel Attorney is appointed to represent the above named Defendant in this case.   The Defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

Stephanie K. Bowman
United States Magistrate Judge